IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| **CV SETTLEMENT HOLDINGS, LLC,** | ) | BANKRUPTCY NO. 14-03731 |
| Debtor. | ) | |
| **CV SETTLEMENT HOLDINGS, LLC,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | ADVERSARY NO. 15-00029 |
| **PORTSIDE REALTY, LLC,** | ) | |
| Defendant. | ) | |

**MOTION FOR JOINDER AS PARTY PLAINTIFF**

Comes now Canal Road Homes, LLC, by and through its counsel of record, and pursuant to Federal Rule of Bankruptcy Procedure 7019 or alternatively, Federal Rule of Bankruptcy Procedure 7020, and moves the Court for the entry of an Order allowing and permitting it to join this Adversary Proceeding as a Plaintiff, showing the Court as Follows:

**FACTUAL BASIS**

1. Canal Road Homes, LLC ("Canal") filed a voluntary petition under chapter Eleven of the Bankruptcy Code in this Court on March 6, 2015, Case Number 15-00712.

2. Canal's assets consists of 44 unimproved lots and 5 residential homes under construction located in Cypress Village subdivision in Orange Beach, Alabama. Canal's business is the same as the Plaintiff herein, which is the development and sale of the real property assets of Cypress Village. Additionally, both Canal and the Plaintiff in this Adversary Proceeding are owned by Paul

Uter and Marion Uter, who are the only members of those Limited Liability Companies.

3. Canal listed on its schedule of creditors holding unsecured claims the Defendant in this Adversary Proceeding, Portside Realty, LLC ("Portside"). Canal disputes any claim, secured or unsecured, which Portside may claim against it.

4. Prior to the filing of the Chapter Eleven petitions of both the Plaintiff in this Adversary Proceeding, CV Settlement Holdings, LLC ("CVSH"), and Canal, Portside recorded a Document in the Office of the Probate Judge for Baldwin County, Alabama entitled "Compensation Agreement Between Portside Realty, LLC and Cypress Village Development Co., LLC". The Document was recorded by Portside on October 24, 2014, and bears Instrument Number 1482944 (the "Document").

5. It is Canal's understanding that Portside maintains that the recorded Document applies to and is enforceable against Canal.

6. Prior to the filing, CVSH had a sale of one of its lots cancelled due to the recorded Document being filed of record. Canal's property is located in the same subdivision and anticipates that any sale it may attempt would also be impacted by the recorded Document.

## **LEGAL BASIS FOR JOINDER**

7. Bankruptcy Rule of Procedure 7020 provides that persons may join in one action as Plaintiffs if (A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact

common to all Plaintiffs will arise in the action.

8. The potential obligations or liabilities of both Plaintiff CVSH and Canal arise from the act of recording the Document by Portside, and due to Portside's apparently assertion that the recorded Document creates a lien upon the real property assets of both the Plaintiff and Canal. Therefore, the rights and obligations of the Plaintiff and Canal arise from the same transaction and occurrence.

9. Likewise, the determination by the Court of whether the recordation of the Document creates a lien under Alabama law, whether the Document creates a debt of the Plaintiff or Canal, and the determination of whether the Document constitutes an executory contract which can be rejected by Plaintiff and Canal, are all legal issues which are common to Canal and to Plaintiff. The factual issues developed during the course of this Adversary Proceeding will also be common to both Plaintiff and Canal since it is the same act of the Defendant which created the basis of the claims against Portside.

WHEREFORE, Canal requests the Court enter an Order joining it as a party Plaintiff in this Adversary Proceeding.

/s/ Suzanne Paul
SUZANNE PAUL (PAULS5825)

/s/ C. Michael Smith
C. MICHAEL SMITH (SMITC7523)
Attorney for Movant
PAUL AND SMITH, P.C.
150 South Dearborn Street
Mobile, Alabama  36602
(251) 433-0588
paulandsmithpc@earthlink.net

<u>CERTIFICATE OF SERVICE</u>

    I certify that on the 13th day of March, 2015, a true and correct copy of the above and foregoing pleading was filed electronically in the Bankruptcy Court for the Southern District of Alabama. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's electronic filing system.

                                        /s/ C. Michael Smith
                                        C. MICHAEL SMITH