Form B 250D (12/09)

# United States Bankruptcy Court
## _____ District Of _____

| | | |
|---|---|---|
| In re _____ , Debtor | ) ) | Case No. _____ |
| _____ Plaintiff | ) ) | Chapter _____ |
| v. | ) | Adv. Proc. No. _____ |
| _____ Defendant, Third-party plaintiff | ) ) | |
| v. | ) | |
| _____ Third-party defendant | ) ) | |

## THIRD-PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third-party complaint within 35 days.

      Address of the clerk:

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

      Name and Address of Defendant's Attorney:

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

      Name and Address of Plaintiff's Attorney:

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff's complaint **unless** this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**

    _____ (Clerk of the Bankruptcy Court)

Date: _____  By: _____ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the third-party complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

☐ Publication: The third-party defendant was served as follows: [Describe briefly]

☐ State Law: The third-party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name : _____

Business Address: _____

_____

Case 15-00029   Doc 16   Filed 04/27/15   Entered 04/27/15 10:51:08   Desc Main
                        Document      Page 2 of 2