## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CV SETTLEMENT HOLDING, LLC, | Plaintiff/Debtor | |
| | VS. | |
| PORTSIDE REALTY, LLC, | Defendant. | Court No.: 14-03731 |
| PORTSIDE REALTY, LLC, | Counter-Plaintiff and Third Party Plaintiff | |
| | VS. | |
| CV SETTLEMENT HOLDING, LLC; CANAL ROAD HOMES, LLC; CYPRESS VILLAGE DEVELOPMENT COMPANY, LLC; PAUL M. UTER; J. MARION UTER; PAUL UTER HOMES, LLC, | Defendant/Third Party Defendants. | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Leonard Gartman, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: <u>Third-Party Summons, Defendant, Counter-Plaintiff, and Third Party Plaintiff's Answer and Counterclaims Against Debtor and Third Party Complaint Against the Third Party Defendants, and Exhibits 1 through 9</u>

Defendant to be served: <u>J. Marion Uter</u>

ADDRESS WHERE ATTEMPTED OR SERVED: <u>1637 SE 12th Court, Ft Lauderdale, FL, 33316</u>

I **SERVED** the within named defendant on: <u>5/7/2015 4:56 PM</u>

**X INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that he/she resides at the above address.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: <u>65</u> Gender: <u>Male</u> Race: <u>Caucasian</u> Height: <u>6-0</u> Weight: <u>201-225</u> Hair: <u>Salt and Pepper</u> Glasses: <u>Yes</u>

Additional Comments:
This is the defendant's usual place of abode.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 5/12/15

Signature of Process Server

Leonard Gartman
Printed Name
Process Server
Title

Notary Public

CARLA CLIFTON
Notary Public - State of Florida
My Comm. Expires Nov 30, 2018
Commission # FF 179645
Bonded through National Notary Assn.

Page 1 of 1  File Number: 1CW050115
Reference Number: 3294791
Case Number: 14-03731
Doc Generated: 05/12/2015 12:21:07:280 PM

601571_3294791_0_23_V4



# CERTIFICATE OF SERVICE

I, LEONARD GANTMAN (name), certify that service of this summons and a copy of the third-party complaint was made 5-7-15 (date) by: LEONARD GANTMAN

- ☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☐ Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

- ☐ Publication: The third-party defendant was served as follows: [Describe briefly]

- ☒ State Law: The third-party defendant was served pursuant to the laws of the State of FLA, as follows: [Describe briefly]
  J. MARION UTER WAS PERSONALLY

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 5-12-15   Signature [signed]

Print Name: LEONARD GANTMAN

Business Address: 4101 RAVENSWOOD RD. SUITE 312 DANIA BCH Fl. 33312