IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CV SETTLEMENT HOLDINGS, LLC**, | ) | BANKRUPTCY NO. 14-03731 |
| | ) | |
| Debtor | ) | |
| | ) | |
| **CV SETTLEMENT HOLDINGS, LLC et.al.**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ADVERSARY NO. 15-00029 |
| vs. | ) | |
| | ) | |
| **PORTSIDE REALTY, LLC**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the confirmed Chapter 11 Plan of Canal Road Homes, LLC, a defendant in this adversary proceeding. Pursuant to the confirmed Plan in Canal Road Homes, LLC's Chapter 11 case (Case Number 15-00712), there is no distribution to unsecured creditors, including Portside Realty, LLC, and its Plan provides that Canal Road Homes, LLC, is due to be dismissed as a defendant in this adversary proceeding and the claims against it dismissed with prejudice.

Now, therefore, it is hereby ORDERED that Canal Road Homes, LLC, is hereby dismissed with prejudice as a party defendant to this adversary proceeding, and the claims against it are also dismissed with prejudice.

Dated: September 2, 2016

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE